## UNITED STATES BANKRUPTCY COURT
### Eastern District of New York, Central Islip Division
### www.nyeb.uscourts.gov

### STATEMENT PURSUANT TO LOCAL
### BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S): Corrigan-Orosco, Caitlin Brooke Marie**      **CASE NO.:**
_____      **8:20-bk-73620_____**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioners best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

[X ] **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**
[  ] **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____
**CASE STILL PENDING (Y/N):**_____ [*If closed*] **Date of closing:**_____
**CURRENT STATUS OF RELATED CASE:**_____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)
**MANNER IN WHICH CASES ARE RELATED** (*Refer to NOTE above*):_____
**REAL PROPERTY LISTED IN DEBTORS SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____

_____

2. **CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____
**CASE STILL PENDING (Y/N):**_____ [*If closed*] **Date of closing:**_____
**CURRENT STATUS OF RELATED CASE:**_____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)
**MANNER IN WHICH CASES ARE RELATED** (*Refer to NOTE above*):_____
**REAL PROPERTY LISTED IN DEBTORS SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____

_____

**(OVER)**

**DISCLOSURE OF RELATED CASES (contd)**

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____ [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):_____

REAL PROPERTY LISTED IN DEBTORS SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED

IN SCHEDULE "A" OF RELATED CASE:_____

_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  **U**

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

*/s/ Natalie Jean-Baptiste, Esq*
_____                _____
**Signature of Debtor's Attorney**                              **Signature of Pro Se Debtor/Petitioner**

                                                                                          _____
                                                                                          **Mailing Address of Debtor/Petitioner**

                                                                                          _____
                                                                                          **City, State, Zip Code**

                                                                                          _____
                                                                                          **Email Address**

                                                                                          _____
                                                                                          **Area Code and Telephone Number**

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

<u>NOTE:</u> Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.