# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: lglaser | Date Created: 12/18/2020 |
| Case: 8−20−73620−ast | Form ID: 761 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr     Allan B. Mendelsohn     amendelsohn@amendelsohnlaw.com
aty    Natalie Jean−Baptiste     natalie.jeanbaptiste@gmail.com

                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Caitlin Brooke Marie Corrigan−Orosco     59 Chestnut Ave     Patchogue, NY 11772−2616
smg    United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza     Central Islip, NY 11722−4437

                                       TOTAL: 2