# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: lglaser | Date Created: 12/18/2020 |
| Case: 8−20−73620−ast | Form ID: 245 | Total: 44 |

**Recipients of Notice of Electronic Filing:**
tr　　Allan B. Mendelsohn　　amendelsohn@amendelsohnlaw.com
aty　　Natalie Jean−Baptiste　　natalie.jeanbaptiste@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　　Caitlin Brooke Marie Corrigan−Orosco　　59 Chestnut Ave　　Patchogue, NY 11772−2616
smg　　　　NYS Department of Taxation & Finance　　Bankruptcy Unit　　PO Box 5300　　Albany, NY 12205
smg　　　　NYS Unemployment Insurance　　Attn: Isolvency Unit　　Bldg. #12, Room 256　　Albany, NY 12240
smg　　　　NYC Department of Finance　　345 Adams Street　　Office of Legal Affairs　　Brooklyn, NY 11201−3719
smg　　　　United States Trustee　　Office of the United States Trustee　　Long Island Federal Courthouse　　560 Federal Plaza　　Central Islip, NY 11722−4437
9919327　　1st Financial Bank USA　　Attn: Bankruptcy　　PO Box 1100　　North Sioux City, SD 57049−1100
9919328　　1st Financial Bk USA　　363 W Anchor Dr　　North Sioux City, SD 57049−5154
9919330　　Ally Financial　　Attn: Bankruptcy　　PO Box 380901　　Bloomington, MN 55438−0901
9919329　　Ally Financial　　PO Box 380901　　Bloomington, MN 55438−0901
9919331　　Amex/Bankruptcy　　Correspondence/Bankruptcy　　PO Box 981540　　El Paso, TX 79998−1540
9919332　　Amex/Dsnb　　PO Box 8218　　Mason, OH 45040−8218
9919334　　Bank of America　　4909 Savarese Cir　　Tampa, FL 33634−2413
9919333　　Bank of America　　PO Box 982238　　El Paso, TX 79998−2238
9919335　　Barclays Bank Delaware　　Attn: Bankruptcy　　PO Box 8801　　Wilmington, DE 19899−8801
9919336　　Barclays Bank Delaware　　PO Box 8803　　Wilmington, DE 19899−8803
9919338　　Capital One Bank USA N　　Attn: Gen Correspondence/Bankruptcy　　PO Box 30285　　Salt Lake City, UT 84130−0285
9919337　　Capital One Bank USA N　　PO Box 30281　　Salt Lake City, UT 84130−0281
9919339　　Cbna　　PO Box 6497　　Sioux Falls, SD 57117−6497
9919340　　Citibank North America　　Citibank SD MC　　425 5800 South Corp Pl　　Sioux Falls, SD 57101
9919341　　Citibank/the Home Depot　　Citicorp Credit Srvs/Centralized Bk dept　　PO Box 790034　　Saint Louis, MO 63179−0034
9919342　　Discover Fin Svcs LLC　　PO Box 15316　　Wilmington, DE 19850−5316
9919343　　Discover Financial　　Attn: Bankruptcy　　PO Box 3025　　New Albany, OH 43054−3025
9919344　　Earlham College　　801 National Rd W　　Richmond, IN 47374−4021
9919345　　Edfinancial Services　　Attn: Bankruptcy　　PO Box 36008　　Knoxville, TN 37930−6008
9919346　　Edfinancial Services LLC　　120 N Seven Oaks Dr　　Knoxville, TN 37922−2359
9919348　　Hsbc Bank　　Attn: Bankruptcy　　PO Box 2013　　Buffalo, NY 14240−2013
9919347　　Hsbc Bank　　PO Box 2013　　Buffalo, NY 14240−2013
9919349　　Syncb/Amer Eagle DC　　PO Box 965005　　Orlando, FL 32896−5005
9919350　　Syncb/Care Credit　　C/o　　PO Box 965036　　Orlando, FL 32896−5036
9919351　　Syncb/HH Gregg　　Attn: Bankruptcy　　PO Box 965060　　Orlando, FL 32896−5060
9919353　　Syncb/Pc Richard　　C/o　　PO Box 965036　　Orlando, FL 32896−5036
9919352　　Syncb/netwrk　　C/o　　PO Box 965036　　Orlando, FL 32896−5036
9919354　　Synchrony Bank/American Eagle　　Attn: Bankruptcy　　PO Box 965060　　Orlando, FL 32896−5060
9919355　　Synchrony Bank/Care Credit　　Attn: Bankruptcy Dept　　PO Box 965064　　Orlando, FL 32896−5064
9919356　　Synchrony Bank/Pc Richards & Sons　　Attn: Bankruptcy Dept　　PO Box 965060　　Orlando, FL 32896−5060
9919357　　Target　　c/o Financial & Retail Srvs Mailstop BT　　PO Box 9475　　Minneapolis, MN 55440−9475
9919358　　Td Bank USA/Targetcred　　PO Box 673　　Minneapolis, MN 55440−0673
9919359　　Thd/Cbna　　PO Box 6497　　Sioux Falls, SD 57117−6497
9919360　　Wells Fargo Bank NA　　Attn: Bankruptcy　　1 Home Campus # MAC X2303−01A　　Des Moines, IA 50328−0001
9919361　　Wells Fargo Bank NA　　MAC F8234F−02F　　PO Box 10438　　Des Moines, IA 50306−0438
9919362　　Wells Fargo Bank, N.A.　　Attn: Bankruptcy　　1 Home Campus # MAC X2303−01A　　Des Moines, IA 50328−0001
9919363　　Wf/dillard　　PO Box 14517　　Des Moines, IA 50306−3517

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 42