# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: lglaser | Date Created: 12/18/2020 |
| Case: 8−20−73620−ast | Form ID: 309A | Total: 44 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Caitlin Brooke Marie Corrigan−Orosco    59 Chestnut Ave    Patchogue, NY 11772−2616 | |
| tr | Allan B. Mendelsohn    Allan B. Mendelsohn, LLP    38 New Street    Huntington, NY 11743 | |
| aty | Natalie Jean−Baptiste    Law Office of Natalie Jean−Baptiste, PC    626 RXR Plaza    6th Floor    Uniondale, NY 11556 | |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 | |
| smg | NYS Unemployment Insurance    Attn: Isolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 | |
| smg | NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 | |
| smg | United States Trustee    Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 | |
| 9919327 | 1st Financial Bank USA    Attn: Bankruptcy    PO Box 1100    North Sioux City, SD 57049−1100 | |
| 9919328 | 1st Financial Bk USA    363 W Anchor Dr    North Sioux City, SD 57049−5154 | |
| 9919330 | Ally Financial    Attn: Bankruptcy    PO Box 380901    Bloomington, MN 55438−0901 | |
| 9919329 | Ally Financial    PO Box 380901    Bloomington, MN 55438−0901 | |
| 9919331 | Amex/Bankruptcy    Correspondence/Bankruptcy    PO Box 981540    El Paso, TX 79998−1540 | |
| 9919332 | Amex/Dsnb    PO Box 8218    Mason, OH 45040−8218 | |
| 9919334 | Bank of America    4909 Savarese Cir    Tampa, FL 33634−2413 | |
| 9919333 | Bank of America    PO Box 982238    El Paso, TX 79998−2238 | |
| 9919335 | Barclays Bank Delaware    Attn: Bankruptcy    PO Box 8801    Wilmington, DE 19899−8801 | |
| 9919336 | Barclays Bank Delaware    PO Box 8803    Wilmington, DE 19899−8803 | |
| 9919338 | Capital One Bank USA N    Attn: Gen Correspondence/Bankruptcy    PO Box 30285    Salt Lake City, UT 84130−0285 | |
| 9919337 | Capital One Bank USA N    PO Box 30281    Salt Lake City, UT 84130−0281 | |
| 9919339 | Cbna    PO Box 6497    Sioux Falls, SD 57117−6497 | |
| 9919340 | Citibank North America    Citibank SD MC    425 5800 South Corp Pl    Sioux Falls, SD 57101 | |
| 9919341 | Citibank/the Home Depot    Citicorp Credit Srvs/Centralized Bk dept    PO Box 790034    Saint Louis, MO 63179−0034 | |
| 9919342 | Discover Fin Svcs LLC    PO Box 15316    Wilmington, DE 19850−5316 | |
| 9919343 | Discover Financial    Attn: Bankruptcy    PO Box 3025    New Albany, OH 43054−3025 | |
| 9919344 | Earlham College    801 National Rd W    Richmond, IN 47374−4021 | |
| 9919345 | Edfinancial Services    Attn: Bankruptcy    PO Box 36008    Knoxville, TN 37930−6008 | |
| 9919346 | Edfinancial Services LLC    120 N Seven Oaks Dr    Knoxville, TN 37922−2359 | |
| 9919348 | Hsbc Bank    Attn: Bankruptcy    PO Box 2013    Buffalo, NY 14240−2013 | |
| 9919347 | Hsbc Bank    PO Box 2013    Buffalo, NY 14240−2013 | |
| 9919349 | Syncb/Amer Eagle DC    PO Box 965005    Orlando, FL 32896−5005 | |
| 9919350 | Syncb/Care Credit    C/o    PO Box 965036    Orlando, FL 32896−5036 | |
| 9919351 | Syncb/HH Gregg    Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 | |
| 9919353 | Syncb/Pc Richard    C/o    PO Box 965036    Orlando, FL 32896−5036 | |
| 9919352 | Syncb/netwrk    C/o    PO Box 965036    Orlando, FL 32896−5036 | |
| 9919354 | Synchrony Bank/American Eagle    Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 | |
| 9919355 | Synchrony Bank/Care Credit    Attn: Bankruptcy Dept    PO Box 965064    Orlando, FL 32896−5064 | |
| 9919356 | Synchrony Bank/Pc Richards & Sons    Attn: Bankruptcy Dept    PO Box 965060    Orlando, FL 32896−5060 | |
| 9919357 | Target    c/o Financial & Retail Srvs Mailstop BT    PO Box 9475    Minneapolis, MN 55440−9475 | |
| 9919358 | Td Bank USA/Targetcred    PO Box 673    Minneapolis, MN 55440−0673 | |
| 9919359 | Thd/Cbna    PO Box 6497    Sioux Falls, SD 57117−6497 | |
| 9919360 | Wells Fargo Bank NA    Attn: Bankruptcy    1 Home Campus # MAC X2303−01A    Des Moines, IA 50328−0001 | |
| 9919361 | Wells Fargo Bank NA    MAC F8234F−02F    PO Box 10438    Des Moines, IA 50306−0438 | |
| 9919362 | Wells Fargo Bank, N.A.    Attn: Bankruptcy    1 Home Campus # MAC X2303−01A    Des Moines, IA 50328−0001 | |
| 9919363 | Wf/dillard    PO Box 14517    Des Moines, IA 50306−3517 | |

TOTAL: 44