**United States Bankruptcy Court**
**Eastern District of New York, Central Islip Division**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re                                                                                    Case No. **8:20-bk-73620**
**Corrigan-Orosco, Caitlin Brooke Marie**

                                                                                                Chapter . **7**


                                             Debtor(s).

*Please Check the Appropriate Box.*
*For Debtor:*

[  ]    Payment Advices are Attached. _____
- Number of Payment Advices Attached:
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition:_____

_____

*For Debtor:*

[X]    No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).
[  ]    No Payment Advices are Attached for Some Other Reason. (Attach an explanation)

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor:          */s/ Caitlin Corrigan-Orosco*                    Date:      **December 22, 2020**

Payment Advices Cover Sheet 4/11/06                                            Deputy Clerks Initials:_____