Certificate Number: 16339-NYE-DE-035193736

Bankruptcy Case Number: 20-73620



16339-NYE-DE-035193736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 19, 2020, at 5:57 o'clock PM EST, Caitlin Corrigan-orosco completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date:   December 19, 2020           By:    /s/Kelley Tipton

                                    Name:  Kelley Tipton

                                    Title: Certified Financial Counselor