# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 03/24/2021 |
| Case: 8−20−73620−ast | Form ID: 318DF7 | Total: 44 |

**Recipients of Notice of Electronic Filing:**
aty         Natalie Jean−Baptiste         natalie.jeanbaptiste@gmail.com

                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Caitlin Brooke Marie Corrigan−Orosco         59 Chestnut Ave         Patchogue, NY 11772−2616
tr          Allan B. Mendelsohn         Allan B. Mendelsohn, LLP         38 New Street         Huntington, NY 11743
smg         NYS Department of Taxation & Finance         Bankruptcy Unit         PO Box 5300         Albany, NY 12205
smg         NYS Unemployment Insurance         Attn: Isolvency Unit         Bldg. #12, Room 256         Albany, NY 12240
smg         NYC Department of Finance         345 Adams Street         Office of Legal Affairs         Brooklyn, NY 11201−3719
smg         United States Trustee         Office of the United States Trustee         Long Island Federal Courthouse         560 Federal Plaza         Central Islip, NY 11722−4437
9919327     1st Financial Bank USA         Attn: Bankruptcy         PO Box 1100         North Sioux City, SD 57049−1100
9919328     1st Financial Bk USA         363 W Anchor Dr         North Sioux City, SD 57049−5154
9919330     Ally Financial         Attn: Bankruptcy         PO Box 380901         Bloomington, MN 55438−0901
9919329     Ally Financial         PO Box 380901         Bloomington, MN 55438−0901
9919331     Amex/Bankruptcy         Correspondence/Bankruptcy         PO Box 981540         El Paso, TX 79998−1540
9919332     Amex/Dsnb         PO Box 8218         Mason, OH 45040−8218
9919334     Bank of America         4909 Savarese Cir         Tampa, FL 33634−2413
9919333     Bank of America         PO Box 982238         El Paso, TX 79998−2238
9919335     Barclays Bank Delaware         Attn: Bankruptcy         PO Box 8801         Wilmington, DE 19899−8801
9919336     Barclays Bank Delaware         PO Box 8803         Wilmington, DE 19899−8803
9919338     Capital One Bank USA N         Attn: Gen Correspondence/Bankruptcy         PO Box 30285         Salt Lake City, UT 84130−0285
9919337     Capital One Bank USA N         PO Box 30281         Salt Lake City, UT 84130−0281
9919339     Cbna         PO Box 6497         Sioux Falls, SD 57117−6497
9919340     Citibank North America         Citibank SD MC         425 5800 South Corp Pl         Sioux Falls, SD 57101
9919341     Citibank/the Home Depot         Citicorp Credit Srvs/Centralized Bk dept         PO Box 790034         Saint Louis, MO 63179−0034
9919342     Discover Fin Svcs LLC         PO Box 15316         Wilmington, DE 19850−5316
9919343     Discover Financial         Attn: Bankruptcy         PO Box 3025         New Albany, OH 43054−3025
9919344     Earlham College         801 National Rd W         Richmond, IN 47374−4021
9919345     Edfinancial Services         Attn: Bankruptcy         PO Box 36008         Knoxville, TN 37930−6008
9919346     Edfinancial Services LLC         120 N Seven Oaks Dr         Knoxville, TN 37922−2359
9919348     Hsbc Bank         Attn: Bankruptcy         PO Box 2013         Buffalo, NY 14240−2013
9919347     Hsbc Bank         PO Box 2013         Buffalo, NY 14240−2013
9919349     Syncb/Amer Eagle DC         PO Box 965005         Orlando, FL 32896−5005
9919350     Syncb/Care Credit         C/o         PO Box 965036         Orlando, FL 32896−5036
9919351     Syncb/HH Gregg         Attn: Bankruptcy         PO Box 965060         Orlando, FL 32896−5060
9919353     Syncb/Pc Richard         C/o         PO Box 965036         Orlando, FL 32896−5036
9919352     Syncb/netwrk         C/o         PO Box 965036         Orlando, FL 32896−5036
9919354     Synchrony Bank/American Eagle         Attn: Bankruptcy         PO Box 965060         Orlando, FL 32896−5060
9919355     Synchrony Bank/Care Credit         Attn: Bankruptcy Dept         PO Box 965064         Orlando, FL 32896−5064
9919356     Synchrony Bank/Pc Richards & Sons         Attn: Bankruptcy Dept         PO Box 965060         Orlando, FL 32896−5060
9919357     Target         c/o Financial & Retail Srvs Mailstop BT         PO Box 9475         Minneapolis, MN 55440−9475
9919358     Td Bank USA/Targetcred         PO Box 673         Minneapolis, MN 55440−0673
9919359     Thd/Cbna         PO Box 6497         Sioux Falls, SD 57117−6497
9919360     Wells Fargo Bank NA         Attn: Bankruptcy         1 Home Campus # MAC X2303−01A         Des Moines, IA 50328−0001
9919361     Wells Fargo Bank NA         MAC F8234F−02F         PO Box 10438         Des Moines, IA 50306−0438
9919362     Wells Fargo Bank, N.A.         Attn: Bankruptcy         1 Home Campus # MAC X2303−01A         Des Moines, IA 50328−0001
9919363     Wf/dillard         PO Box 14517         Des Moines, IA 50306−3517

                                                                                              TOTAL: 43