United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                                                           Case No. 20-73620-ast

Caitlin Brooke Marie Corrigan-Orosco                                                                               Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8                                                   User: admin                                                          Page 1 of 3

Date Rcvd: Mar 24, 2021                                          Form ID: 318DF7                                           Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Caitlin Brooke Marie Corrigan-Orosco, 59 Chestnut Ave, Patchogue, NY 11772-2616 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| 9919332 | | Amex/Dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 9919344 | + | Earlham College, 801 National Rd W, Richmond, IN 47374-4095 |
| 9919345 | | Edfinancial Services, Attn: Bankruptcy, PO Box 36008, Knoxville, TN 37930-6008 |
| 9919346 | | Edfinancial Services LLC, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QABMENDELSOHN.COM | Mar 24 2021 22:18:00 | Allan B. Mendelsohn, Allan B. Mendelsohn, LLP, 38 New Street, Huntington, NY 11743-3463 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 24 2021 18:17:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Mar 24 2021 18:15:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 9919327 | | Email/Text: bankruptcynotice@1fbusa.com | Mar 24 2021 18:16:00 | 1st Financial Bank USA, Attn: Bankruptcy, PO Box 1100, North Sioux City, SD 57049-1100 |
| 9919328 | | Email/Text: bankruptcynotice@1fbusa.com | Mar 24 2021 18:16:00 | 1st Financial Bk USA, 363 W Anchor Dr, North Sioux City, SD 57049-5154 |
| 9919330 | | EDI: GMACFS.COM | Mar 24 2021 22:18:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 9919329 | | EDI: GMACFS.COM | Mar 24 2021 22:18:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 9919331 | | EDI: AMEREXPR.COM | Mar 24 2021 22:18:00 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 9919333 | | EDI: BANKAMER.COM | Mar 24 2021 22:18:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 9919334 | | EDI: BANKAMER.COM | Mar 24 2021 22:18:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 9919335 | | EDI: TSYS2.COM | Mar 24 2021 22:18:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 9919336 | | EDI: TSYS2.COM | Mar 24 2021 22:18:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 9919337 | | EDI: CAPITALONE.COM | Mar 24 2021 22:18:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 9919338 | | EDI: CAPITALONE.COM | | |

| District/off: 0207-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: 318DF7 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| | | Mar 24 2021 22:18:00 | Capital One Bank USA N, Attn: Gen Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9919339 | EDI: CITICORP.COM | | |
| | | Mar 24 2021 22:18:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 9919340 | EDI: CITICORP.COM | | |
| | | Mar 24 2021 22:18:00 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 9919341 | EDI: CITICORP.COM | | |
| | | Mar 24 2021 22:18:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 9919342 | EDI: DISCOVER.COM | | |
| | | Mar 24 2021 22:18:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 9919343 | EDI: DISCOVER.COM | | |
| | | Mar 24 2021 22:18:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 9919347 | EDI: HFC.COM | | |
| | | Mar 24 2021 22:18:00 | Hsbc Bank, PO Box 2013, Buffalo, NY 14240-2013 |
| 9919348 | EDI: HFC.COM | | |
| | | Mar 24 2021 22:18:00 | Hsbc Bank, Attn: Bankruptcy, PO Box 2013, Buffalo, NY 14240-2013 |
| 9919349 | EDI: RMSC.COM | | |
| | | Mar 24 2021 22:18:00 | Syncb/Amer Eagle DC, PO Box 965005, Orlando, FL 32896-5005 |
| 9919350 | EDI: RMSC.COM | | |
| | | Mar 24 2021 22:18:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 9919351 | EDI: RMSC.COM | | |
| | | Mar 24 2021 22:18:00 | Syncb/HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 9919353 | EDI: RMSC.COM | | |
| | | Mar 24 2021 22:18:00 | Syncb/Pc Richard, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 9919352 | EDI: RMSC.COM | | |
| | | Mar 24 2021 22:18:00 | Syncb/netwrk, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 9919354 | EDI: RMSC.COM | | |
| | | Mar 24 2021 22:18:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 9919355 | EDI: RMSC.COM | | |
| | | Mar 24 2021 22:18:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 9919356 | EDI: RMSC.COM | | |
| | | Mar 24 2021 22:18:00 | Synchrony Bank/Pc Richards & Sons, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 9919357 | EDI: WTRRNBANK.COM | | |
| | | Mar 24 2021 22:18:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 9919358 | EDI: WTRRNBANK.COM | | |
| | | Mar 24 2021 22:18:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 9919359 | EDI: CITICORP.COM | | |
| | | Mar 24 2021 22:18:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 9919360 | EDI: WFFC.COM | | |
| | | Mar 24 2021 22:18:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 9919361 | EDI: WFFC.COM | | |
| | | Mar 24 2021 22:18:00 | Wells Fargo Bank NA, MAC F8234F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 9919362 | EDI: WFFC.COM | | |
| | | Mar 24 2021 22:18:00 | Wells Fargo Bank, N.A., Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 9919363 | EDI: WFFC.COM | | |
| | | Mar 24 2021 22:18:00 | Wf/dillard, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 36

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 24, 2021 | Form ID: 318DF7 | Total Noticed: 43 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Allan B. Mendelsohn

amendelsohn@amendelsohnlaw.com   amendelsohn@ecf.axosfs.com

Natalie Jean-Baptiste

on behalf of Debtor Caitlin Brooke Marie Corrigan-Orosco natalie.jeanbaptiste@gmail.com  G4812@notify.cincompass.com

United States Trustee

USTPRegion02.LI.ECF@usdoj.gov

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Caitlin Brooke Marie Corrigan–Orosco | Social Security number or ITIN   xxx–xx–2598 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York | | |
| Case number:   8–20–73620–ast | | |

## Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Caitlin Brooke Marie Corrigan–Orosco
    aka Caitlin Corrigan–Orosco

**IT IS FURTHER ORDERED**:

- Allan B. Mendelsohn (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

                                                **BY THE COURT**

Dated: March 24, 2021                             s/ Alan S. Trust
                                                     United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**